# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT H. STERNER, JR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 24-2917 |
| | : | |
| **MCP HOLDINGS CORPORATION** | : | |

## ORDER

    **AND NOW**, this 3rd day of July 2025, upon reviewing Defendant's Motion to dismiss (ECF 24) challenging (among other issues) our diversity subject matter jurisdiction and venue leading to our June 10, 2025 status conference with counsel and resulting Order (ECF 27) allowing jurisdictional and venue discovery before addressing the merits of the Plaintiff's four state law claims, the parties' supplemental post-discovery memoranda on jurisdiction and venue (ECFs 31, 34), and for reasons in today's accompanying Memorandum, it is **ORDERED** we

    1.    **DENY** Defendant's Motion to dismiss as to subject matter jurisdiction (ECF 24) without prejudice to promptly renewing the Rule 12(b)(6) arguments before the transferee Judge; and,

    2.    **DIRECT** the Clerk of Court forthwith **transfer** this matter to the Clerk of the United States District Court for the Middle District of Pennsylvania and **close** this case in this District without affecting our continuing review of the presently sealed documents.

 

*[signature]*
**KEARNEY, J.**