## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT STERNER,** | : | **CIVIL ACTION NO. 1:25-CV-1212** |
| | : | |
| **Plaintiff** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **MCP HOLDINGS CORPORATION,** | : | |
| | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 24th day of June, 2026, upon consideration of MCP Holdings Corporation (MCP)'s motion (Doc. 43) to dismiss the amended complaint (Doc. 21) for failure to state a claim, and the parties' respective briefs in support of and in opposition thereto, (See Docs. 44, 47, 50), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. MCP's motion (Doc. 43) to dismiss the case is DENIED.

2. MCP shall respond to the amended complaint (Doc. 21) in accordance with the Federal Rules of Civil Procedure.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania